UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBERTS JOSE GONZALEZ-VALERO,<br><br>    Defendant. | Crim. No. 05-309 (JAF) |

**O R D E R**

In relation to the Court of Appeals' Order of October 2, 2006, we note that by saying we lacked jurisdiction, we meant lack of power to force the Bureau of Prisons to let movant remain at MDC-Guaynabo pending appeal. However, the Court of Appeals is correct; we can still recommend.

This court has no objection to the Defendant's request and recommends as requested.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th day of October, 2006.

                                S/José Antonio Fusté
                                 JOSE ANTONIO FUSTE
                                U. S. District Judge